UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20229-CIV-O'SULLIVAN

[CONSENT]

RAFAEL ALFREDO CAMBAR ESPINAL,
et al., and all others similarly situated under
29 U.S.C. 216(B),

        Plaintiffs,

vs.

BRAVE BUILDERS CORP.,
SILTEK GROUP, INC.,
VICTOR LAVASTIDA,
SANDRA DEL CARMEN MORALES,

        Defendants.
_____/

### ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CERTAIN DEFENDANTS

THIS MATTER came before the Court following notice from the parties that the case has settled in part and the Court having conducted a hearing concerning the partial settlement.

THE COURT has heard from counsel and considered the terms of the settlement agreement, the pertinent portions of the record, and is otherwise fully advised in the premises.

This case involves a claim for unpaid overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §201, et seq ("FLSA").  In reviewing a settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions."  Lynn Food Stores v. United States, 679 F.2d 1350, 1352-53

(11th Cir. 1982). A settlement entered into in an adversarial context where both sides are represented by counsel throughout litigation "is more likely to reflect a reasonable compromise of disputed issues." Id. The district court may approve the settlement in order to promote the policy of encouraging settlement of litigation. Id. at 1354.

In this case, there is legal dispute as to whether defendant Brave Builders Corp. is liable under the FLSA. The Court has reviewed the terms of the settlement agreement including the amount to be received by the plaintiffs and the attorney's fees and costs to be received by counsel and finds that the compromise reached by the parties is a fair and reasonable resolution of the parties' bona fide disputes. Accordingly, it is

**ORDERED AND ADJUDGED** that the parties' partial settlement agreement (including attorney's fees and costs) is hereby APPROVED. It is further

**ORDERED AND ADJUDGED** that defendants Brave Builders Corp., Victor Lavastida and Sandra del Carmen Morales are **DISMISSED WITH PREJUDICE**. The Court **retains jurisdiction until Thursday, January 15, 2015** to enforce the terms of the settlement.

**DONE AND ORDERED** in chambers at Miami, Florida this **24th** day of June, 2014.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel of record