UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20229-CIV-O'SULLIVAN

[CONSENT]

RAFAEL ALFREDO CAMBAR ESPINAL,
ALVARO JAVIER SANCHEZ
CONSUEGRA, ROBERTO SANTIAGO
REYMUNDO, PEDRO GARCIA JACINTO,
WILLIAM ULISES GONZALEZ PICADO
a/k/a NESTOR HERRERA, GERMAN
CAMBAR ESPINAL and MARON ALBERTO
RODRIGUEZ CAMBAR,

        Plaintiffs,

vs.

BRAVE BUILDERS CORP., SILTEK
GROUP INC., VICTOR LAVASTIDA
and SANDRA DEL CARMEN MORALES,

        Defendants.
_____/

## FINAL JUDGMENT

THIS CAUSE came before the Court on the Defendant Siltek Group, Inc.'s Motion for Summary Judgment and Memorandum of Law (DE# 61, 11/20/14) and the Plaintiffs' Motion for Summary Judgment (DE# 62, 11/20/14). Having issued an Order granting final summary judgment for Siltek Group, Inc. and against the plaintiffs, it is:

**ORDERED AND ADJUDGED** as follows:

1. For the reasons expressed in this Court's separate order entered today on the Defendant Siltek Group, Inc.'s Motion for Summary Judgment and Memorandum of Law (DE# 61, 11/20/14), judgment is hereby entered in favor of Siltek Group, Inc. and against the plaintiffs.

2. The Clerk of the Court is directed to deny all pending motions as moot;

3. The Clerk of the Court shall close this case.

DONE AND ORDERED, in Chambers at Miami, Florida, this **5th** day of February, 2015.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel of record